| | |
|---|---|
| 1 | Ronald L. Richman, SBN 139189 |
| | Susan J. Olson, SBN 152467 |
| 2 | Heather J. Zacharia, SBN 280444 |
| | BULLIVANT HOUSER BAILEY PC |
| 3 | 235 Pine Street, Suite 1500 |
| | San Francisco, California 94104 |
| 4 | Telephone: 415.352.2700 |
| | Facsimile: 415.352.2701 |
| 5 | E-Mail: ron.richman@bullivant.com |
| 6 | susan.olson@bullivant.com |
| | heather.zacharia@bullivant.com |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES OF THE LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; BOARD OF TRUSTEES OF THE LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and BOARD OF TRUSTEES OF THE LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA,<br><br>    Plaintiffs,<br><br> vs.<br><br>ROBERT ROSS HAZARD, an individual, dba HAZARD CONCRETE CONSTRUCTION,<br><br>    Defendant. | Case No.: 3:16-cv-01288-JSC<br><br>**CASE MANAGEMENT STATEMENT; [P~~ROPOSED~~] ORDER THEREON**<br><br>Date:  June 16, 2016<br>Time:  1:30 PM<br>Location: Ctrm. F, 15th Floor<br>     Phillip Burton Federal Bldg.<br>Before: Hon. Jacqueline Scott Corley |

  Plaintiffs Board of Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Board of Trustees of the Laborers Vacation-Holiday Trust Fund for Northern California; Board of Trustees for the Laborers Pension Trust Fund of Northern California and Board of Trustees of the Laborers Training and Retraining Trust Fund for Northern California ("plaintiffs") provide this abbreviated case management statement.

1  On March 16, 2016, plaintiffs filed their Complaint for Breach of Collective Bargaining Agreement, to Recover Unpaid Trust Fund Contributions and For a Mandatory Injunction ("Complaint") against defendant Robert Ross Hazard, an individual, dba Hazard Concrete Construction ("defendant"). [See Document 1.] Defendant is not represented by counsel. Plaintiffs' claim against defendant is for delinquent union trust fund contributions due and owing to defendant's covered employees, approximately $17,832.96 in underlying contributions, plus liquidated damages and interest, for a total, to date, of approximately $25,834.35.

Defendant was personally served with the Complaint on April 13, 2016. [See Document 7.] Since the filing of the Complaint, defendant has been in contact with plaintiffs in an attempt to pay the outstanding balance due. Defendant, a subcontractor on various construction projects, has informed plaintiffs he is owed retention monies on a completed project by a general contractor, of approximately $21,159.82, which defendant intends to have paid directly to plaintiffs. Defendant has further advised plaintiffs that he is attempting to secure additional monies from another general contractor. If successful, defendant will have those additional monies paid to plaintiffs, as well. In addition, defendant has been able to secure additional funds to pay off the outstanding balance due.

Defendant has not filed a responsive pleading. Plaintiffs have agreed with defendant to allow defendant additional time to secure the necessary funds to pay the outstanding balance due. To date, plaintiffs believe defendant has made a good faith effort to secure the necessary funds to pay the outstanding balance due. Plaintiffs and defendant hope to resolve this matter within the next sixty (60) days without further need for court intervention.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1 | Based on the above, plaintiffs respectfully request that this Court continue the case management conference for sixty (60) days to allow time for the various payments to come through, as payment would result in all damages claimed by plaintiffs being paid and dismissal of the lawsuit.

DATED: June 9, 2016

BULLIVANT HOUSER BAILEY PC

By /s/ Heather J. Zacharia
    Heather J. Zacharia

Attorneys for Plaintiffs

**ORDER**

Based on Plaintiffs' request to continue the case management conference and good cause appearing,

IT IS HEREBY ORDERED that the June 16, 2016, case management conference be continued to ____August 18_____, 2016, at 1:30 p.m. in Courtroom F, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102. An updated case management conference statement shall be filed no later than seven (7) days prior to the continued case management conference.

DATED: June __9_____, 2016

By _____/s/ Jacqueline Scott Corley_____
HON. JACQUELINE SCOTT CORLEY
U.S. DISTRICT COURT MAGISTRATE JUDGE

4830-2198-2258.1